# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **KIM FISHER, et al.,** | |
| Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| vs. | Case No. 2:23CV271DAK |
| **UNITED STATES FOREST SERVICE, et al.,** | Judge Dale A. Kimball |
| Defendants. | |

Based on the court's January 27, 2025 Order dismissing the case without prejudice for failure to prosecute, this action is closed.

DATED this 28th day of January 2025.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge